No. 91–1771.  MILLER *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 91–1773.  FLECK ET AL. *v.* MOBILE COMMUNICATIONS CORPORATION OF AMERICA, INC., ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 91–1774.  LILLIS ET AL. *v.* GOLINO.  C. A. 2d Cir.  Certiorari denied.

No. 91–1777.  AMWEST SURETY INSURANCE CO. *v.* UNITED FIDELITY & TRUST CO.  C. A. 5th Cir.  Certiorari denied.

No. 91–1779.  EDDINE *v.* EDDINE.  Sup. Ct. Va.  Certiorari denied.

No. 91–1786.  MASSACHUSETTS *v.* TANSO.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 91–1791.  MANES *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 91–1802.  SORRELL ET AL. *v.* DAYTON WOMEN'S HEALTH CENTER, INC., ET AL.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 91–1806.  ALLIED MUTUAL INSURANCE CO. *v.* NORTHERN INSURANCE COMPANY OF NEW YORK.  C. A. 9th Cir.  Certiorari denied.

No. 91–1809.  TUNIS BROTHERS CO., INC., ET AL. *v.* FORD MOTOR CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–1812.  COMMONWEALTH LAND TITLE INSURANCE CO. ET AL. *v.* BURNS, AS EXECUTRIX OF THE ESTATE OF ECHOLS, DECEASED, ET AL.  C. A. 3d Cir.  Certiorari denied.